IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JASON D. LEE, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | Case No. 1:10-cv-0071 |
| v. | ) | Judge Brown |
| | ) | |
| CITY OF CORNERSVILLE, et al., | ) | **JURY DEMAND** |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Presently pending before the Court are two Motions to Dismiss filed by Defendants. (Docket Entries 34-36). For the reasons stated in the accompanying Memorandum, Defendants' Motions are GRANTED and this action is DISMISSED. Plaintiff's state law claims are dismissed without prejudice. This constitutes the Court's final Order pursuant to Fed. R. Civ. P. 58, and the Clerk is directed to close the file. Any other pending Motions are denied as moot.

IT IS SO ORDERED.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge

1